JENNIFER M. GREGG
5504 ABERDEEN DRIVE
MOUNT LAUREL, NJ 08054

*OFFICE OF THE CHAPTER 13 STANDINGTRUSTEE*
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| | |
|---|---|
| In Re:<br><br>JENNIFER M. GREGG | Proceedings in Chapter 13<br><br>Case No.: 18-26039-JNP<br><br>**OBJECTION TO DISCLOSURE OF CHAPTER 13 DEBTOR(S)' ATTORNEY COMPENSATION** |

     **Isabel C. Balboa**, Chapter 13 Trustee, hereby objects to the Disclosure of Chapter 13 Debtor(s)' Attorney Compensation in the above-captioned case pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b).

     Specifically, the Trustee objects to:

     ☐    Incorrect form utilized (*See Form Number B 2030*).

     ☐    Disclosure of Chapter 13 Debtor's Attorney Compensation is not in accordance to the Chapter 13 Plan (Disclosure marks 'will not be paid through the plan;' however, Plan lists an amount to be paid through plan).

     As always, the Court is welcome to contact the Trustee with any concerns.

Dated: 09/06/2018

     Respectfully submitted,

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Form 5009 rev. 09/05/2018